UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| **N. KATHRYN WALKER** | : | |
| | : | |
| Plaintiff, | : | Case No. |
| | : | |
| v. | : | Judge |
| | : | |
| **SAFECO INSURANCE COMPANY OF INDIANA** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S
NOTICE OF REMOVAL**

Now comes Safeco Insurance Company of Indiana ("Safeco"), by and through counsel, and for its Notice of Removal of this action from the Common Pleas Court of Stark County, Ohio to the United States District Court, Northern District of Ohio, Eastern Division, states:

1. Plaintiff N. Kathryn Walker filed suit in the Common Pleas Court of Stark County, Ohio in Case No. 2017CV01877 on or about September 15, 2017. Plaintiff's Complaint alleges causes of action against Safeco for breach of contract, bad faith, and punitive damages.

2. Safeco was served with Plaintiff's Complaint not more than 30 days ago.

3. This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. §1332(a)(1), and Safeco may therefore remove this action to this Court pursuant to 28 U.S.C. §1441(a), for:

   (a) Complete diversity of citizenship exists between Plaintiff, a resident of Ohio; and Safeco, which is incorporated in and maintains a principal place of business in a state other than Ohio; and

   (b) Safeco believes the judgment if Plaintiff were to prevail on the merits of the case as presented in the Complaint <u>could</u> exceed $75,000, exclusive of costs and interest, given that

> Plaintiff seeks alleged damages totaling $180,000 ($60,000 each for Count One, Count Two and Count Three), along with costs, attorney fees, and interest.

4. As required by 28 U.S.C. §1446(b), Safeco is filing this Notice of Removal within thirty days of Safeco being served with Plaintiff's Complaint.

5. This action has been pending less than a year.

6. As required by 28 U.S.C. §1446(a), Safeco is attaching hereto a copy of each process, pleading and order it has received as Exhibit 1.

7. Safeco does not need the consent of any other party to file this Notice of Renewal.

Respectfully submitted,

*/s/ Katherine M. Klingelhafer*
William M. Harter (0072874)
Katherine M. Klingelhafer (0084901)
FROST BROWN TODD LLC
10 West Broad Street, Suite 2300
Columbus, OH  43215
(614) 464-1211 / (614) 464-1737 (fax)
wharter@fbtlaw.com
kklingelhafer@fbtlaw.com
*Attorneys for Safeco Insurance Company of Indiana*

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing has been served on all parties via their counsel of record through the Court's ECF filing system this 19th day of October, 2017.

>  */s/ Katherine M. Klingelhafer*
> Katherine M. Klingelhafer (0084901)

0000T69.0652699  4813-2568-5585v1